FILED
CLERK
3/4/2019 3:24 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS GREAVES, #427049,

                Plaintiff,

    -against-

SUFFOLK COUNTY POLICE, 7th PRECINCT,
OFFICERS and DETECTIVES,

                Defendants.
------------------------------------------------------------------X

**ORDER**
18-CV-01987 (JMA)(SIL)

**AZRACK, District Judge:**

    By Order dated August 23, 2018 (the "Order"), the Court granted the application of incarcerated pro se plaintiff Thomas Greaves ("plaintiff") to proceed in forma pauperis and *sua sponte* dismissed his complaint brought pursuant to 42 U.S.C. § 1983 for failure to allege a plausible claim for relief as required by 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A. The Court granted plaintiff leave to file an amended complaint in accordance with the Order within thirty (30) days from the date of the Order. Plaintiff was cautioned that "if plaintiff does not file an amended complaint within the time allowed, this case shall be closed." (See Order at 8.)

    To date, plaintiff has not filed an amended complaint, nor has he otherwise communicated with the Court. Accordingly, this action and the complaint is dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b).

    The Clerk of Court shall enter judgment, close this case and mail a copy of this Order to the plaintiff at his last known address. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

1

**SO ORDERED.**

                                                                                                                                                \_\_/s/ (JMA)_____
                                                                                                                                                Joan M. Azrack

Dated:     March 4, 2019                                 United States District Judge
             Central Islip, New York